## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COBALT LABORATORIES INC.<br>24840 South Tamiami Trail<br>Bonita Springs, Florida 34134, and<br><br>COBALT PHARMACEUTICALS, INC.<br>6500 Kitimat Road<br>Mississauga, Ontario, Canada, L5N 2B8<br><br>    Plaintiffs,<br>  v.<br><br>FOOD AND DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland 20857,<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201, and<br><br>ANDREW C. VON ESCHENBACH, M.D.<br>Commissioner of Food and Drugs<br>5600 Fishers Lane<br>Rockville, Maryland 20857,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. |

## <u>CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1</u>

1.  I, the undersigned, counsel of record for Cobalt Laboratories Inc. and Cobalt Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cobalt Laboratories Inc. which have any outstanding securities in the hands of the public:

    None.

2.      I, the undersigned, counsel of record for Cobalt Laboratories Inc. and Cobalt Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cobalt Pharmaceuticals Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 8, 2008.

Respectfully submitted,

COBALT   LABORATORIES   INC.   and
COBALT PHARMACEUTICALS, INC.

By: _____
One of their attorneys

E. Anthony Figg, D.C. Bar No. 345124
Daniel L. Shores, D.C. Bar No. 495389
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040
(202) 783-6031 (facsimile)
efigg@rfem.com

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)
wrakoczy@rmmslegal.com

*Counsel for Cobalt Laboratories Inc.*
*and Cobalt Pharmaceuticals, Inc.*