A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

COBALT LABORATORIES INC. and
COBALT PHARMACEUTICALS, INC. )
            Plaintiff(s) )
                    )
                    )
             vs. )
FOOD AND DRUG ADMINISTRATION and
MICHAEL O. LEAVITT and
ANDREW C. VON ESCHENBACH, M.D. )
            Defendant(s) )

**APPEARANCE**

CASE NUMBER    1:08-CV-00798 (RBW)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Minaksi Bhatt, Esq.   as counsel in this
                            (Attorney's Name)

case for:   COBALT LABORATORIES INC. and COBALT PHARMACEUTICALS, INC.
                    (Name of party or parties)

May 9, 2008
Date

434448
BAR IDENTIFICATION

*Minaksi Bhatt* (signature)
Signature

Minaksi Bhatt
Print Name

1425 K Street, N.W. Suite 800
Address

Washington DC 20005
City        State        Zip Code

202-783-6040
Phone Number

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE** was electronically filed this 9th day of May, 2008. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

In addition, the undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE** was served via hand delivery and electronic mail upon the following:

> Gerald Kell, Esq.
> Senior Trial Counsel
> U.S. Department of Justice
> Office of Consumer Litigation
> Liberty Square Building
> Room 6318 South
> 450 5th Street., N.W.
> Washington, D.C. 20001
> E-mail: Gerald.kell@usdoj.gov
> *Counsel for the Federal Defendants*

Minaksi Bhatt
*Counsel for Cobalt Laboratories Inc. and*
*Cobalt Pharmaceuticals Inc.*