IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COBALT LABORATORIES INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, et al., )<br>)<br>Defendants. )<br>) | No. 1:08-CV-00798 (RBW) |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as attorney for defendants Food and Drug Administration, Michael O. Leavitt, and Andrew C. Von Eschenbach, M.D.

Respectfully submitted,

/s/
GERALD C. KELL
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 514-1586
gerald.kell@usdoj.gov