A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# Jor the District of Columbia

**FILED**
MAY - 8 2008
Clerk, U.S. District and Bankruptcy Courts

COBALT LABORATORIES, INC.
COBALT PHARMACEUTICALS, INC.    )
       Plaintiff(s)       )   APPEARANCE
                                   )
                                   )
       vs.                  )   Case: 1:08-cv-00798
FOOD AND DRUG ADMINISTRATION, MICHAEL )   Assigned To : Walton, Reggie B.
LEAVITT, AND ANDREW C. VON ESCHENBACH )   Assign. Date : 5/8/2008
       Defendant(s)     )   Description: TRO/PI

To the Clerk of this court and all parties of record:

Please enter the appearance of   Daniel L. Shores   as counsel in this
                                (Attorney's Name)

case for:   Cobalt Laboratories Inc., and Cobalt Pharmaceuticals Inc.
                      (Name of party or parties)

05/08/2008
Date

495389
BAR IDENTIFICATION

*(signature)*
Signature

Daniel L. Shores
Print Name

1425 K Street N.W., Suite 800
Address

Washington   DC   20005
City           State         Zip Code

(202)783-6040
Phone Number

4