IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COBALT LABORATORIES, INC., *et al.*,

    Plaintiffs,

v.

FOOD AND DRUG ADMINISTRATION, *et al.*,

    Defendants.

Case No. 08 CV 798 (RBW)

### INTERVENOR-APPLICANT ROXANE LABORATORIES' MOTION TO FILE DECLARATION OF LESLI L. PAOLETTI UNDER SEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Intervenor-applicant Roxane Laboratories, Inc. ("Roxane") respectfully moves this Court for an order permitting Roxane to file the Declaration of Lesli L. Paoletti ("Paoletti Declaration") under seal and that distribution of the Paoletti Declaration be restricted to only the government defendant and outside litigation counsel for Cobalt. In support of the motion, Roxane states the following:

On May 7, 2008, the Food and Drug Administration ("FDA") granted final approval to Roxane's abbreviated new drug application ("ANDA") for acarbose tablets pursuant to section 355(j) of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 301, *et seq.* FDA also approved the acarbose ANDA of plaintiff Cobalt Laboratories, Inc. ("Cobalt"). FDA's approval cleared the way for Roxane and Cobalt to begin marketing their generic form of acarbose. Roxane has already initiated commercialization activities.

Yesterday, May 8, Cobalt filed the above-captioned action against FDA seeking injunctive relief. Cobalt also filed a Motion for Temporary Restraining Order ("TRO Motion") seeking to stay FDA's approval of Roxane's ANDA pending resolution of its action.

1801214.1

This morning (May 9), Roxane is filing a memorandum in opposition to the TRO Motion. Roxane intends to submit the Paoletti Declaration in support of it opposition memorandum. The Paoletti Declaration identifies and explains the irreparable harm Roxane will suffer if the Court enters a TRO. To demonstrate such threatened harm, the Paoletti Declaration relies on highly sensitive commercial information. This includes information about price and expected profits from Roxane's product. If made public, it would reveal to Cobalt and other generic competitors information about Roxane's cost and pricing structure for acarbose, as well as other confidential business information about Roxane's business strategy and market projections.

Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for the parties in an effort to seek consent to the proposed relief. Defendant FDA consents to the motion. Plaintiff Cobalt declined to give consent.

For the foregoing reasons, Roxane respectfully requests that the Court grant the instant motion to file the Paoletti Declaration under seal. A proposed order is attached.

Dated: May 9, 2008                                     Respectfully submitted,


*William B. Schultz* (signature)
_____
William B. Schultz (DC Bar No. 218990)
Andrew N. Goldfarb (DC Bar No. 455751)
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802
(202) 778-1800 (telephone)
(202) 822-8106 (facsimile)

*Attorneys for Roxane Laboratories, Inc.*

1801214.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2008, a copy of Roxane Laboratories Inc.'s Motion to File the Declaration of Lesli L. Paoletti Under Seal and Memorandum of Points and Authorities in Support Thereof, and a Proposed Order, were transmitted by e-mail and first class mail to the following:

E. Anthony Figg
Daniel L. Shores
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040 (phone)
(202) 783-6031 (fax)
efigg@rfem.com

William A. Rakoczy
Christine J. Siwik
Rakoczy Molino Massochi Siwik LLP
6 West Hubbard Street,
Suite 500
Chicago, IL 60610
(312) 527-2157 (phone)
(312) 527-4205 (fax)
wrakoczy@rmmslegal.com

*Counsel for Plaintiff*

Gerald Kell
Office of Consumer Litigation
Civil Division
US Department of Justice
PO Box 386
Washington, DC 20044
202-514-1586 (phone)
Gerald.Kell@usdoj.gov

Shoshana Hutchinson
Office of the Chief Counsel
Food and Drug Administration
GCF-1
5600 Fishers Lane
Rockville, MD 20857
301-827-8579 (phone)
shoshana.hutchinson@fda.hhs.gov

*Counsel for Federal Defendant*

_____
Andrew N. Goldfarb

1799977.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COBALT LABORATORIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 08 CV 798 (RBW) |

**ORDER**

Upon consideration of the Motion to File the Declaration of Lesli L. Paoletti Under Seal ("Motion") of Intervenor-Applicant Roxane Laboratories, Inc. ("Roxane"), and the entire record in this case, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Roxane may file the Declaration of Lesli L. Paoletti ("Declaration") under seal; and it is further

ORDERED that, unless and until further order of this Court, distribution of the Declaration and any information contained therein shall be restricted to the government defendant and outside litigation counsel for Cobalt in this action, and shall not be distributed to any employee of Cobalt, including internal counsel.

Dated:  May _____, 2008      _____
                                United States District Judge