# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

```
COBALT LABORATORIES, INC.         *
COBALT PHARMACEUTICALS, INC.      *
                                  *
        Plaintiffs,               *
                                  *
              v.                  *    Civil Action No. 08-0798
                                  *
FOOD AND DRUG ADMINISTRATION,     *
MICHAEL O. LEAVITT                *
ANDREW C. VON ESCHENBACH, M.D.    *
                                  *
        Defendants.               *
                                  *
```

## RETURN OF SERVICE FOR
## MICHAEL B. MUKASEY
## UNITED STATES ATTORNEY GENERAL

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-8-08 |
| NAME OF SERVER *(PRINT)* NASRI HAGE | TITLE Litigation Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): hand served on Ms. Barbara Dunston at 950 Pa. Ave, Washington DC at the U.S. Dept. of Justice.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-8-08
　　　　　　　Date　　　　　　Signature of Server

1425 K NW Suite 800
Address of Server
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **RETURN OF SERVICE FOR MICHAEL B. MUKASEY** was electronically filed this 16th day of May, 2008. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

_____
Minaksi Bhatt