UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COBALT LABORATORIES, INC. * | |
| COBALT PHARMACEUTICALS, INC. * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Action No. 08-0798 |
| * | |
| FOOD AND DRUG ADMINISTRATION, * | |
| MICHAEL O. LEAVITT * | |
| ANDREW C. VON ESCHENBACH, M.D. * | |
| * | |
| Defendants. * | |
| * | |

**RETURN OF SERVICE FOR
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 8, 2008 |
| NAME OF SERVER (PRINT) NASRI HAGE | TITLE Litigation Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): hand served Ms. Darlena Perny at 501 3rd St, NW, 4th floor for the U.S. Attorney for D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-08-08
              Date               Signature of Server

1425 K St NW suite 800
Washington DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **RETURN OF SERVICE FOR JEFFREY A. TAYLOR** was electronically filed this 16th day of May, 2008. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

*Minaksi Bhatt*
Minaksi Bhatt