UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
_____
COBALT LABORATORIES, INC.           *
COBALT PHARMACEUTICALS, INC.        *
                                    *
         Plaintiffs,                *
                                    *
               v.                   *    Civil Action No. 08-0798
                                    *
FOOD AND DRUG ADMINISTRATION,       *
MICHAEL O. LEAVITT                  *
ANDREW C. VON ESCHENBACH, M.D.      *
                                    *
         Defendants.                *
_____ *
```

**RETURN OF SERVICE FOR
FOOD AND DRUG ADMINISTRATION**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/8/08 |
| NAME OF SERVER (PRINT) Molly L. Rogers | TITLE Litigation Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Merly Ramos, authorized to accept service on behalf The Food and Drug Administration, at 5600 Fishers Lane, Rockville, MD 20857

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/08
             Date        Signature of Server

1425 K St. NW, Ste 800, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **RETURN OF SERVICE FOR THE FOOD AND DRUG ADMINISTRATION** was electronically filed this 16th day of May, 2008. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

*Minaksi Bhatt*
Minaksi Bhatt