**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COBALT LABORATORIES INC., and <br> COBALT PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br> v. <br><br> FOOD AND DRUG ADMINISTRATION, <br> MICHAEL O. LEAVITT <br> Secretary of Health and Human Services, and <br> ANDREW C. VON ESCHENBACH, M.D. <br> Commissioner of Food and Drugs, <br><br> Defendants. | Case No. 1:08-CV-00798 (RBW) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., Plaintiffs Cobalt Laboratories Inc. and Cobalt Pharmaceuticals, Inc. hereby voluntarily dismiss the above-captioned action against the Food and Drug Administration, Michael O. Leavitt, and Andrew C. Von Eschenbach without prejudice.

Dated: May 16, 2008.                     Respectfully submitted,

                                         COBALT LABORATORIES INC. and
                                         COBALT PHARMACEUTICALS, INC.

                                    By:     */s/ William A. Rakoczy*
                                         William A. Rakoczy, D.C. Bar No. 489082
                                         Christine J. Siwik
                                         RAKOCZY MOLINO MAZZOCHI SIWIK LLP
                                         6 West Hubbard Street, Suite 500
                                         Chicago, IL 60610
                                         (312) 222-6301
                                         (312) 222-6321 (facsimile)
                                         wrakoczy@rmmslegal.com

        E. Anthony Figg, D.C. Bar No. 345124
        Minaksi Bhatt, D.C. Bar No. 434448
        Daniel L. Shores, D.C. Bar No. 495389
        ROTHWELL, FIGG, ERNST & MANBECK, P.C.
        1425 K Street, N.W., Suite 800
        Washington, D.C. 20005
        (202) 783-6040
        (202) 783-6031 (facsimile)
        efigg@rfem.com

*Counsel for Cobalt Laboratories Inc. and Cobalt Pharmaceuticals, Inc.*